Priority —
Send —
Enter —
Closed —
J̶S̶-̶5̶/JS-6 ✓
JS-2/JS-3 —
O! —

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DEAN ROBERTS,  <br><br>        Petitioner,  <br><br>vs.  <br><br>M.D. McDONALD, Warden,  <br><br>        Respondent. | Case No. EDCV 09-991-CJC (DTB)  <br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: *April 20, 2010*

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE